UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

RONNY REYES,

                      Defendant.

-----------------------------------------------------------X

No. 18 Cr. 640 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On December 30, 2019, this Court imposed a sentence of time served on Defendant (U.S.M #86035-054). It is hereby ORDERED that Defendant should be released from the custody of the United States Marshals Service subject to any warrants and detainers.

SO ORDERED.

Dated:     December 30, 2019
             New York, New York

Ronnie Abrams
United States District Judge