

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 1, 2020

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 2, 2020

Re:  *United States v. Ronny Reyes, a/k/a "Edwin Hernandez,"*
     18 Cr. 640 (RA)

Dear Judge Abrams:

The Government respectfully requests that the Court cancel a bench warrant issued for defendant Ronny Reyes on January 2, 2020 for alleged violations of supervised release.

On December 30, 2019, the Court sentenced the defendant to time served. Dkt. 229, 230. Although the parties initially expected the defendant to remain in immigration custody pending deportation, the defendant was released from custody, and the Court ordered as a condition of supervised release, among other things, that he remain on home detention with location monitoring for a period of 60 days, during which time it was anticipated that he would likely be taken into immigration custody. *See* Dkt. 232. However, on or about December 31, 2019, the defendant removed his location monitoring device, and on January 2, 2020, the Court issued an arrest warrant.

Recently, Deputy U.S. Marshal Nicholas Binetti, who has been working to apprehend the defendant on the warrant, confirmed that the defendant left the United States. Specifically, among other things, the DUSM Binetti communicated via FaceTime with Reyes, and confirmed that Reyes was in Santo Domingo, Dominican Republic by comparing what was shown in the FaceTime video to images from Google Maps of the address where Reyes was located. Reyes also stated that he does not intend to return to the United States. DUSM Binetti further informed the Government that until the warrant is canceled, the U.S. Marshals would continue to actively seek to apprehend the defendant, and therefore suggested that the Government seek to cancel the warrant.

Because the Government anticipated that the defendant would be deported during his term of supervised release, and because the defendant has already left the United States, the Government

respectfully submits that the outstanding warrant is no longer needed, and respectfully requests that it be cancelled.

                Respectfully submitted,

                AUDREY STRAUSS
                Acting United States Attorney for the
                Southern District of New York

      By: _____/s/_____
                Brett M. Kalikow / Michael D. Neff
                Assistant United States Attorneys
                (212) 637-2220 / 2107

cc:    Lawrence Fisher, Esq. (by ECF)